



RECEIVED
1656,279
FEB 09

SMITH FREED
& EBERHARD P.C.

February 6, 2015

Ms. Sarah L. Lee
Krafchick Law Firm
100 West Harrison, Ste. 300, South Tower
Seattle, Washington 98119

Ms. Catherine A. Becker
Smith Freed & Eberhard
705 - 2nd Avenue, 17th Floor
Seattle, Washington 98104

> RE: **Bauman v. American Commerce Insurance UIM**
> **Arbitration: February 2-3, 2015**

Dear Counsel:

Liability was admitted in this case. The Arbitrators, after reviewing the records submitted, hearing the testimony adduced, and having heard argument of counsel, find by majority decision and award past, present and future general and special damages in favor of the claimant, Louann Bauman as follows:

| | |
|---|---|
| Lost Wages: | $ 42,140 |
| Loss of Consortium | $ 35,000 |
| Medical Specials | $ 32,000 (50% of each submitted expenses, total rounded to $32,000) |
| General Damages: | $ 71,150 (Past, present and future) |
| **TOTAL** | **$180,290** |

The fee of each arbitrator is $5,950.00. My statement for services rendered is attached. The EIN #'s are:

Marc Christianson      91-2161177
Daniel M. Albertson   91-1607831
William W. Spencer    91-2173634

The arbitration materials submitted to the arbitrators will be retained for 30 days after which time they shall be destroyed.

Yours very truly,

Marc T. Christianson
Arbitrator

Cc.   Dan M. Albertson, Esq.
      William W. Spencer, Esq.



EXHIBIT 6