1

2

HONORABLE BARBARA J. ROTHSTEIN

3

4

5

6

7

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

8

9

LOUANN BAUMAN and BERNIE
BAUMAN, wife and husband,

**No.  2:15-cv-01909-BJR**

10

                                        Plaintiffs,

11

            v.

12

AMERICAN COMMERCE INSURANCE
COMPANY,

13

14

                                        Defendant.

**DECLARATION OF RORY W. LEID
IN SUPPORT OF AMERICAN
COMMERCE'S MOTION FOR
SUMMARY JUDGMENT REGARDING
BAD FAITH, IFCA AND DAMAGES**

**NOTE ON MOTION CALENDAR:
NOVEMBER 18, 2016**

15

16

        I, Rory W. Leid, III, make the following declaration to be true under penalty of perjury

17

pursuant to RCW 9A.72.085:

        1.  I am over the age of eighteen and am competent to testify herein.

18

        2.  The information contained herein is based upon my personal knowledge.

19

20

        3.  I am one of the attorneys for Defendant American Commerce Insurance Company.

21

        4.  Attached hereto as ***Exhibit "1"*** are true and correct excerpts from Plaintiffs' Answers to

22

Defendant's First Interrogatories and Requests for Production.

        5.  Attached hereto as ***Exhibit "2"*** are true and correct excerpts from the transcript of

23

William P. Hight, CPCU, JD's September 29, 2016 deposition.

DECLARATION OF RORY W. LEID IN SUPPORT
OF DEFENDANT'S MSJ - 1

6.  Attached hereto as ***Exhibit "3"*** are true and correct excerpts from the transcript of Susan Vaill's October 19, 2016 deposition.

7.  Attached hereto as ***Exhibit "4"*** are true and correct excerpts from the transcript of LouAnn Bauman's October 19, 2016 deposition.

8.  Attached hereto as ***Exhibit "5"*** are true and correct excerpts from the transcript of William Bauman's October 21, 2016 deposition.

9.  Attached hereto as ***Exhibit "6"*** is a true and correct copy of the Order Granting Summary Judgment Motion in *Schreib v. American Family,* Case No. C14-0165JLR (August 31, 2015).

DATED this 27th day of October, 2016, at Seattle, Washington.

**COLE | WATHEN | LEID | HALL**

*/s/Rory W. Leid, III*
RORY W. LEID, III
Attorney for ACIC

DECLARATION OF RORY W. LEID IN SUPPORT
OF DEFENDANT'S MSJ - 2

**COLE | WATHEN | LEID | HALL, P.C.**
303 Battery Street
Seattle Washington 98121
Phone: 206-622-0494 Fax: 206-587-2476

# CERTIFICATE OF SERVICE

The undersigned makes the following declaration certified to be true under penalty of perjury pursuant to RCW 9A.72.085:

On the date given below, I hereby certify that I caused the foregoing to be filed using the United States District Court for Western District of Washington – Document Filing System (CM/ECF) and a true and correct copy to be served on the following parties in the manner indicated:

| ***ATTORNEYS FOR PLAINTIFFS***: | Via CM/ECF: |
| --- | --- |
| Steven P. Krafchick, WSBA #13542<br>L. Seth Grossman, WSBA #49789<br>Krafchick Law Firm<br>100 W Harrison, South Tower, Ste. 300<br>Seattle WA 98199<br>P:  206-374-7370 \| F:  206-374-7377 | klf@krafchick.com<br>seth@krafchick.com |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 27th day of October, 2016, at Seattle, Washington.

 /s/ Kathleen M. Forgette
Kathleen M. Forgette, Legal Assistant
kforgette@cwlhlaw.com

DECLARATION OF RORY W. LEID IN SUPPORT
OF DEFENDANT'S MSJ - 3

COLE | WATHEN | LEID | HALL, P.C.
303 Battery Street
Seattle Washington 98121
Phone: 206-622-0494 Fax: 206-587-2476